1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7           SOUTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9   HAO LIU, | Case No.:  26-cv-1406-BJC-JLB |
| 10                        Petitioner, | **ORDER SETTING BRIEFING** |
| 11   v. | **SCHEDULE ON THE WRIT AND** |
| | **PROHIBITING TRANSFER OF** |
| 12   SIXTO MARRERO, Warden, Imperial | **PETITIONER** |
| 13   Regional Adult Detention Facility, et al.; | |
| 14                        Respondents. | **[ECF No. 1]** |

15
16        On March 5, 2026, Hao Liu ("Petitioner"), appearing *pro se*, filed a petition for a
17   writ of habeas corpus, ECF No. 1, along with a motion for a temporary restraining order.
18   ECF No. 2.  In 2019, Petitioner entered the United States on a nonimmigrant B1/B2 visa.
19   ECF No. 1 at 5.  On January 28, 2026, Immigration Customs and Enforcement arrested
20   Petitioner while he was at work. *Id.* at 2.
21        The Court finds a limited stay is necessary to preserve the *status quo* to allow the
22   Court to hold the hearing and provide a reasoned decision on the pending motion. *See E-*
23   *C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025)
24   (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest,
25   detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's
26   motion for injunctive relief); *A.M. v. Larose et al*, No. 3:25-CV-1412, ECF No. 2 (S.D.
27   Cal. June 4, 2025) (enjoining the defendants, under the All Writs Act, from removing the
28   plaintiffs from the Southern District of California to preserve the court's jurisdiction).

Based on the foregoing, **IT IS HEREBY ORDERED:**

1. The Court finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel effectively immediately. The Court **ORDERS** Petitioner to submit a form CJA 23 financial affidavit by March 23, 2026 to demonstrate his financial eligibility. *See Terrovona v. Kincheloe*, 912 F.2d 1176, 1181–82 (9th Cir. 1990); 18 U.S.C. § 3006A(b).

2. Respondents shall file a response to the writ of habeas corpus no later than close of business on **March 16, 2026**.

3. Petitioner may file a reply no later than close of business on **March 23, 2026**.

4. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to hold a hearing and provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: March 9, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge