# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO LIU, | Case No.: 26-cv-1406-BJC-JLB |
| Petitioner, | **ORDER ON JOINT MOTION TO DISMISS** |
| v. | |
| SIXTO MARRERO; et al., | |
| Respondents. | |

Having considered the parties' Joint Motion to Dismiss, and finding good cause therefor, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: March 27, 2026

Honorable Benjamin J. Cheeks
United States District Judge